FILED
CLERK, U.S. DISTRICT COURT
10/12/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____VAV_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:22-cr-00471-SPG |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1001(a)(2): Making False Statements] |
| SALVADOR HUIZAR, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 1001(a)(2)]

A. THE FEDERAL INVESTIGATION

At times relevant to this Information:

1. The Federal Bureau of Investigation ("FBI") and the United States Attorney's Office ("USAO") were conducting a federal criminal investigation into public corruption throughout the City of Los Angeles (the "City") related to multiple suspected "pay-to-play" bribery schemes (the "Federal Investigation"), a matter within the jurisdiction of the executive branch of the government of the United States, namely, the FBI and the USAO. The Federal Investigation was investigating multiple City officials, including defendant SALVADOR HUIZAR's brother, Jose Huizar, then-Councilmember for Council

District 14 in Los Angeles, for soliciting and accepting bribes as part of the "pay-to-play" scheme, including in the form of large amounts of cash, and for money laundering related to the cash bribes, among other things.

2. Between at least November 26, 2013, and August 22, 2018, upon Jose Huizar's request, defendant SALVADOR HUIZAR accepted envelopes of cash from Jose Huizar on at least 20 occasions. In exchange, defendant SALVADOR HUIZAR contemporaneously wrote checks, or facilitated electronic payments from defendant SALVADOR HUIZAR's own bank account, to either Jose Huizar directly or to pay Jose Huizar's expenses in the same amounts as the cash provided by Jose Huizar. On multiple occasions, defendant SALVADOR HUIZAR asked Jose Huizar where the cash came from, and Jose Huizar told defendant SALVADOR HUIZAR it was better that defendant SALVADOR HUIZAR did not know the source of the cash.

B. <u>FALSE STATEMENTS IN JANUARY 30, 2020 FBI AND USAO INTERVIEW</u>

3. On or about January 30, 2020, in Los Angeles County, within the Central District of California, in a matter within the jurisdiction of the executive branch of the government of the United States, namely, the FBI and USAO, defendant SALVADOR HUIZAR knowingly and willfully made materially false statements and representations to the FBI and USAO knowing that these statements and representations were untrue. Specifically, on multiple occasions, defendant SALVADOR HUIZAR stated that Jose Huizar gave cash to defendant SALVADOR HUIZAR only because Jose Huizar owed defendant SALVADOR HUIZAR that sum of money and that Jose Huizar only gave defendant SALVADOR HUIZAR cash on a later unspecified date after defendant SALVADOR HUIZAR first gave Jose Huizar a check. In fact, as defendant SALVADOR HUIZAR then

knew, Jose Huizar already had the cash for defendant SALVADOR HUIZAR and would give it to defendant SALVADOR HUIZAR at the same time defendant SALVADOR HUIZAR provided the check.

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

MACK E. JENKINS
Assistant United States Attorney
Chief, Public Corruption and
   Civil Rights Section

SUSAN S. HAR
J. JAMARI BUXTON
Assistant United States Attorneys
Public Corruption and Civil
   Rights Section

PATRICK CASTAÑEDA
Assistant United States Attorney
International Narcotics, Money
Laundering, and Racketeering
Section